IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

KEYMONTY LERAY ANTHONY DAVIS,
                    Plaintiff,
          v.                                        **Judgment in a Civil Case**
SGT. JOHN DOE and OFFICER JOHN
DOE,
                    Defendants.                     Case Number: 5:22-CT-3154-FL

**Decision by Court.**

Pursuant to order filed November 30, 2022, the Honorable Louise Wood Flanagan, United States District Judge, directed that in the event of no response from plaintiff to said order, the clerk shall, without further order of the court, enter judgment dismissing the action without prejudice for failure to prosecute and failure to respond to a court order.

Plaintiff failed to respond within the time period prescribed, and the undersigned proceeds as directed by the court.

**IT IS ORDERED AND ADJUDGED** that this action is hereby dismissed without prejudice.

This Judgment Filed and Entered on January 23, 2023, with service on:
Keymonty LeRay Anthony Davis, #1511278          (via U.S. Mail)
Alexander Correctional Institution
633 Old Landfill Rd.
Taylorsville, NC 28681

January 23, 2023                         Peter A. Moore, Jr.
                                         Clerk of Court

                                         By: _Stephanie Mann_
                                         Deputy Clerk